UNITED STATES, Appellee

v

WILLIAM A. YOUNG, Fireman Recruit,
U. S. Navy, Appellant

19 USCMA 481, 42 CMR 83

No. 22,677

June 5, 1970

*Captain Frank A. Nelson*, JAGC, USN, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel Charles J. Keever*, USMC, and *Captain John J. Reilly*, USMCR, were on the pleadings for Appellee, United States.

## Opinion of the Court

DARDEN, Judge:

The appellant pleaded guilty to an unauthorized absence that began May 17, 1969. A record of Article 15 non-judicial punishment for a two and one-half hour unauthorized absence was used against Young for sentencing purposes. This evidence was inadmissible on an offense that occurred before August 1, 1969. United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970). Since similar prosecution exhibits show special court-martial convictions for other such absences, the chance of harm is remote. The decision of the Court of Military Review is therefore affirmed.

Chief Judge QUINN concurs.

FERGUSON, Judge (dissenting) :

I dissent for the reasons set forth in my separate opinion in United States v Johnson, 19 USCMA 464, 42 CMR 66 (1970).